No. 03–1282. HEALTHPLAN SERVICES, INC., ET AL. *v.* GUN-NELLS ET AL. C. A. 4th Cir. Motions of National Home Equity Mortgage Association and Chamber of Commerce of the United

States for leave to file briefs as *amici curiae* granted. Certiorari denied.